201 F.2d 514
 UNITED STATES of America, Appellant,
v.
Dr. J. W. ROBINSON et al., Appellees.
 No. 14723.
 United States Court of Appeals Eighth Circuit.
 December 10, 1952.
 
 Appeal from the United States District Court for the District of North Dakota.
 P. W. Lanier, U. S. Atty., and Harry Lashkowitz, Asst. U. S. Atty., Fargo, N. D., for appellant.
 Milton K. Higgins, W. C. Lynch, Bismarck, N. D. and J. F. X. Conmy, Fargo, N. D., for appellees.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on dismissal of appeal filed by appellant. 106 F.Supp. 212.